### E. M. VAUGHN v. THE STATE.

No. 15905. Delivered March 8, 1933.
Reported in 58 S. W. (2d) 93.

The opinion states the case.

*Alex F. Cox,* of Beeville, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—Aggravated assault is the

offense; penalty assessed at a fine of $200 and confinement in the county jail for a period of thirty days.

The indictment is regular and regularly presented.

We find nothing in the record requiring discussion.

The complaint of the charge of the court and of the introduction of evidence cannot be reviewed, in the absence of the statement of facts.

The judgment is affirmed.

*Affirmed.*